

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00139-CV

**IN THE MATTER OF M.A.C.S.-C.**

From the County Court at Law, Gillespie County, Texas
Trial Court No. JV-0018CCL
Honorable Christopher G. Nevins, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's January 18, 2023 "Order on Respondent's Plea to the Jurisdiction and Respondent's Motion to Dismiss for Lack of Compliance with 51.0412, Lack of Compliance with 54.02, and Lack of Jurisdiction, and State's petition for Discretionary Transfer to Criminal Court" is AFFIRMED.

Because M.A.C.S.-C. is indigent, no costs of this appeal are assessed against him.

SIGNED February 21, 2024.

Luz Elena D. Chapa, Justice